```
                               IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILADELPHIA NEWSPAPERS, LLC    :    CIVIL ACTION
                                :    NO. 09-1982
        Plaintiff,              :
                                :
    v.                          :
                                :
OFFICIAL COMMITTEE OF           :
UNSECURED CREDITORS ET AL.,     :
                                :
        Defendants.             :
```

## O R D E R

**AND NOW**, this **10th** day of **June, 2009**, it is hereby **ORDERED** that the Committee's Motion to Dismiss (doc. no. 14), and the Steering Group's Motion to Dismiss (doc. no. 15) are **DENIED**;

**IT IS FURTHER ORDERED** that the decision of the Bankruptcy Court is **approved in part, and reversed in part.** The decision of the Bankruptcy Court denying the appointment of special counsel to investigate the recording incident and litigate non-bankruptcy claims is **AFFIRMED**. The decision of the Bankruptcy Court denying the appointment of special counsel to advise the Debtors concerning the legal implications of the recording incident and its impact upon bankruptcy and non-bankruptcy issues is **REVERSED**;

**IT IS FURTHER ORDERED** that (1) the Bankruptcy Court shall appoint the law firm of Elliot Greenleaf & Siedzikowski, PC., pursuant to § 327(e), as special counsel to the Debtors for the purpose of representing the Debtors in connection with the Committee's investigation of the recording incident, and advising

as to its impact on the plan on reorganization, defenses, subordination of claims, set offs, relative to bankruptcy and non-bankruptcy claims;[1] and (2) the appointment is subject to such terms and conditions as the Bankruptcy Court deems appropriate, including length of the retention and a detailed budget, including a cap on fees and expenses.

                    **AND IT IS SO ORDERED.**

                               S/Eduardo C. Robreno
                               **EDUARDO C. ROBRENO, J.**

---

[1] The appointment does not include representation of the Debtors in any adversary proceeding.